# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:08-cr-367-003 (TLW)</u> |
| | ) | USM No: <u>16257-171</u> |
| -versus- | ) | <u>William F. Nettles, IV</u> |
| | ) | Defendant's Attorney |
| **Jerrick Lamont Rorie** | ) | |
| a/k/a Duwop | ) | |
| | ) | |
| Date of Previous Judgment: <u>November 16, 2009</u> | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ <u>the defendant</u> ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❐  DENIED. ■ GRANTED (Doc. # 362) as outlined herein. Defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of <u>two hundred sixty-four (264) months</u> **is reduced to** <u>two hundred forty (240) months.  In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment</u>.

*(Complete Parts I and II of Page 2 when motion is granted.)*

Except as provided above, all provisions of the original judgment filed <u>November 16, 2009</u> shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:    <u>July 2, 2012</u> | s/ Terry L. Wooten |
| | *Judge's signature* |
| | |
| Effective Date: | Terry L. Wooten, United States District Judge |
| *(if different from order date)* | *Printed name and title* |